# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TARGUS INFORMATION CORPORATION,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:07-cv-1222-Orl-98DAB**

**800 ADEPT, INC.,**

_____

## ORDER

This cause came on for consideration with oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION TO SUSPEND CASE MANAGEMENT PLAN (Doc. No. 33)**
>
> **FILED:**      **September 12, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

As discussed at hearing, all sides agree to a stay of proceedings in order to give the parties an opportunity to adjust their course and consider what proceedings, if any, are appropriate in the wake of the recent Federal Circuit ruling on the related case. As such, the motion is **GRANTED as follows:**

The action is hereby **STAYED** and all case management deadlines are **suspended pending further Order.** The parties shall confer, as necessary, and shall file a status report no later than November 3, 2008.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record